WILLIAM J. FRIMEL (Bar No. 160287)
Seubert Frimel & Warner LLP
1075 Curtis Street
Menlo Park, CA  94025
Tel:  650.322.3048
Fax:  650.833.2976
bill@sffwlaw.com

Attorneys for Defendants
CAPITAL ASSET EXCHANGE & TRADING LLC,
CAE ONLINE LLC, RYAN JACOB, and JEFFREY ROBBINS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR GLOBAL SOLUTIONS,<br><br>           Plaintiff,<br><br>      v.<br><br>CAPITAL ASSET EXCHANGE & TRADING LLC; CAE ONLINE LLC; RYAN FRANZKE JACOB, individually; and JEFFREY SCOTT ROBBINS, individually,<br><br>           Defendants. | Case No. 4:25-cv-04075-HSG<br><br>**RENOTICE OF MOTION TO DISMISS BY DEFENDANTS CAPITAL ASSET EXCHANGE & TRADING LLC, CAE ONLINE LLC, RYAN JACOB, AND JEFFREY ROBBINS**<br><br>Hearing Date:  July 31, 2025<br>Hearing Time:  2:00 p.m.<br>Courtroom:  2<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | **<u>RENOTICE OF MOTION</u>** |
| 2 | PLEASE TAKE NOTICE that, on July 31, 2025, at 2:00 pm, or as soon thereafter as |
| 3 | counsel may be heard, in the United States District Court for the Northern District of California, |
| 4 | located at Courtroom 2, 1301 Clay Street, Oakland, CA 94612, Defendants Capital Asset |
| 5 | Exchange & Trading LLC, CAE Online LLC ("CAEO"), Ryan Jacob and Jeffrey Robbins |
| 6 | (collectively, "Defendants") will and hereby do move to partially dismiss the First Amended |
| 7 | Complaint ("FAC") filed by Plaintiff Semiconductor Global Solutions ("SGS") pursuant to Fed. |
| 8 | R. Civ. P. 12(b)(6), on the ground that certain causes of action therein fail to state a claim upon |
| 9 | which relief may be granted. The papers in support of the above-referenced motion were |
| 10 | previously filed on May 20, 2025, at Docket No. 27. |

Dated: May 22, 2025

/s/ William J. Frimel

WILLIAM J. FRIMEL
Attorneys for Defendants
CAPITAL ASSET EXCHANGE & TRADING LLC, CAE ONLINE LLC, RYAN JACOB, and JEFFREY ROBBINS