# EXHIBIT B



# Semiconductor Global Solutions

Shiqiao Village, Yunlong Town, Yinzhou District, Ningbo City, Zhejiang, China

Tel：86-021-68009217　Fax：86-021-68009227　Zip code：315137

## Purchase Order

| Vendor | |
|---|---|
| Code:　F0072 | 订单号码：SGS22022121283 |
| Company:　Capital Asset Exchange and Trading，LLC | 日　　期：2022-12-07 |
| Add: 5201 Great America Parkway，Suite 272，Santa Clara，CA | 采　　购：Sophia |
| Sales: | 币　　别：USD |
| TEL: | 贸易条款：Exw　　　　　　　USA |
| | 付款条件：T/T 100% down payment |

| 项目<br>Item | 料号<br>PN | 描述<br>Description | 规格型号 | 单价<br>Price | 币别<br>Curr | 数量<br>Qty | 单位<br>Unit | 小计<br>Total | 交期<br>ETD |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TO0700121 | HITACHI S-9380 SEM | S-9380 SEM | 1,000,000.00 | USD | 1.00 | SET | 1,000,000.00 | 2022-12-10 |
| 2 | TO0700122 | HITACHI S-9380 CD-SEM | S-9380 CD-SEM | 1,000,000.00 | USD | 1.00 | SET | 1,000,000.00 | 2022-12-10 |
| | | | Total (W/O tax) | | | | | 2,000,000.00 | |
| | | | Tax | | | 0% | | 0.00 | |
| | | | Total (W/I tax) | | | | | 2,000,000.00 | |

*SGS has the right to modify or reduce the quantity of the order.

*If your delivery makers extra delay and cause serious effects on SGS production,the delinquent penalty is 0.1% of total shipment amount Per day and max. is 5% of total PO amount.

*Receiving goods address ：Shiqiao Village, Yunlong Town, Yinzhou District, Ningbo City, Zhejiang, China, 315137

*Please sign this PO by authorized representative and E-mail to me by three working days.

*All vendors should sign labor contracts with their employees and pay work injury insurance or similar accident insurance for their ；employees．All vendors during operations should strictly comply with　ESH regulations, SOP, and PPE wearing requirements；Vendors should be responsible for safety management in the process of their operation. If any safety accidents occur and result in personal damage, property damage and environmental damage to the vendors'　employees, third parties, SGS or SGS'ｓ employees, the vendors shall be solely liable for the damages including but not limited to the aforementioned damages

* For compliance with international trade regulations, all vendors must provide us, by email to the following: (1)vendor material, part, or equipment ID; (2)SGS ID (if known); (3)export classification of the item (e.g., ECCN or similar classification number); (4)export license or other government authorization used to ship the item (if required); (5)the date such license or authorization expires (if any). By signing this PO, you certify your company's commitment to trade compliance and to indemnify SGS for any harm resulting from your company's failure to comply.

*Unless otherwise specified, this PO shall constitute the entire and only agreement between the parties hereto, and all the terms and conditions of this PO on both sides of all pages shall be binding on both all parties hereto.

| | |
|---|---|
| ![signature] | DocuSigned by: Austin Gill　　Capital Asset Exchange and Trading, LLC<br>+1 650 326 3313<br>Tax ID: 59-3812531<br>2B81A2C1DCFF446...　　Authorized Seal |
| Semiconductor Global Solutions Signature | Vendor Authorized Signature |

第 1 页 共 1 页