# EXHIBIT C

Technology Vendors    Recent Research    Newsletter    Media Support    Login

CBINSIGHTS

Who We Serve    How We Help    What We Offer    About Us

Search company, investor...

# SGSSEMI  ⚠ Unclaimed

sgssemi.com

| Founded Year | Stage | Mosaic Score |
|---|---|---|
| 2018 | Series C \| Alive | -17 points in the past 30 days |

## About SGSSEMI

SGSSEMI specializes in the refurbishment, modification, installation, maintenance, and sales of used semiconductor equipment and accessories. The company also develops and sells semiconductor equipment. The company was founded in 2018 and is based in Ningbo, China.

### Headquarters Location

Shiqiao Village, Yunlong Town
Ningbo, Zhejiang ,
China
(86) 0574-88356888

✎ Suggest an edit

**Overview & Products**    Financials    Alternatives & Competitors



## Expert Collections containing SGSSEMI

Expert Collections are analyst-curated lists that highlight the companies you need to know in the most important technology spaces.

SGSSEMI is included in **1 Expert Collection**, including **Semiconductors, Chips, and Advanced Electronics**.

 **Semiconductors, Chips, and Advanced Electronics**
7,349 items
Companies in the semiconductors & HPC space, including integrated device manufacturers (IDMs), fabless firms, semiconductor production equipment...

[Learn more by requesting a demo](#)

## SGSSEMI Frequently Asked Questions (FAQ)

**When was SGSSEMI founded?**
SGSSEMI was founded in 2018.

**Where is SGSSEMI's headquarters?**
SGSSEMI's headquarters is located at Shiqiao Village, Yunlong Town, Ningbo.

**What is SGSSEMI's latest funding round?**
SGSSEMI's latest funding round is Series C.

**Who are the investors of SGSSEMI?**
Investors of SGSSEMI include Ding Hong Capital, China Fortune-Tech Capital, China Fortune-Innovation Capital, Ronghan Private Equity Fund, Light Silver Capital and 6 more.

**Who are SGSSEMI's competitors?**
Competitors of SGSSEMI include TMH and 7 more.

## Compare SGSSEMI to Competitors

**A** **AET**
AET operates in the semiconductor industry, dealing with the sale of used semiconductor equipment and related...

**S** **Sizone Technology**
Sizone Technology develops semiconductor manufacturing technology, providing chemical mechanical polishing...

**A** **Aerotech**
Aerotech provides professional services for high-end products and core solutions of semiconductor electropolishing...

 **RC-TECH**
RC-TECH specializes in the refurbishment and upcycling of semiconductor equipment, as well as the production of...

 **Asseta**
Asseta is an online marketplace for used capital equipment and parts. The company provides a platform for buyers to find and...

 **PARTSGO**
PARTSGO is involved in the distribution of electronic components, including sourcing for obsolete parts. The company provides...

## Discover the right solution for your team

The CB Insights tech market intelligence platform analyzes millions of data points on vendors, products, partnerships, and patents to help your team find their next technology solution.

[Start free trial]

**CBINSIGHTS**

498 Seventh Avenue 12th floor
New York, NY 10018

info@cbinsights.com
212 292 3148

**About**
About Us
Upcoming Webinars

**How We Help**
Understand Tech Markets
Anticipate Competitor Strategy

