# EXHIBIT D



| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | + | Semiconductor International Holdings Limited | - | 1016.6667 | 2021-06-30 | - |
| 3 | + | Ningbo Core Space Shengxin Venture Capital Partnership (Limited Partnership)<br>The company name has been updated | - | 913.3373 | 2021-06-30 | 2021-04-13 |
| 4 | | TRIPLECORES KOREA CO.,LTD.<br>Korea | - | 847.2223 | 2021-06-30 | 2018-09-29 |
| 5 | + | Shanghai Xinyang Semiconductor Materials Co., Ltd<br>GEM (300236) | - | 722.1553 | 2021-06-30 | 2020-06-18 |
| 6 | + | Xinxin Financial Leasing Co., Ltd | - | 576.267 | 2021-06-30 | 2018-09-29 |
| 7 | + | Qingdao Jixing Equity Investment Partnership (Limited Partnership)<br>Private | - | 405.0903 | 2021-06-30 | 2021-04-13 |
| 8 | + | Shanghai Juyuan Juxin Integrated Circuit Industry Equity Investment Fund Center (Limited Partnership)<br>Private | - | 275.3372 | 2021-06-30 | 2020-06-18 |
| 9 | + | Yangzhou SMIC Xicheng Xingsheng Venture Capital Partnership (Limited Partnership)<br>Private | - | - | - | 2022-10-31 |
| 10 | + | Mingyuan (Suzhou) Venture Capital Center (Limited Partnership)<br>Private | - | - | - | 2023-12-22 |
| 11 | + | Suzhou Qingzhou Park Fengxinyuan Venture Capital Partnership (Limited Partnership)<br>Private | - | - | - | 2022-10-31 |
| 12 | + | Gongqingcheng Times Dingtong Equity Investment Partnership (Limited Partnership)<br>Private | - | - | - | 2023-12-22 |
| 13 | + | Core Space Juyuan (Shaoxing) Integrated Circuit Industry Equity Investment Fund Partnership (Limited Partnership)<br>Private | - | - | - | 2023-12-22 |
| 14 | + | Jiangsu Ruixin Tongning Semiconductor Industry Investment Fund Partnership (Limited Partnership)<br>Private | - | - | - | 2023-12-22 |
| 15 | + | Jiaxing Dinghang Zhixing Venture Capital Partnership (Limited Partnership)<br>Private | - | - | - | 2023-12-22 |
| 16 | + | Changsha Xisheng Venture Capital Fund Partnership (Limited Partnership) | - | - | - | 2023-12-22 |
| 17 | + | Hangzhou Xinxin Equity Investment Partnership (Limited Partnership)<br>Private | - | - | - | 2022-10-31 |
| 18 | + | 芯联集成电路制造股份有限公司<br>科创板 (688469) | - | - | - | 2023-12-22 |
| 19 | + | 上海赤芯管理咨询合伙企业（有限合伙） | - | - | - | 2021-11-29 |

| 序号 | | 名称 | | | | 日期 |
|---|---|---|---|---|---|---|
| 20 | + | 海安融晗创业投资合伙企业（有限合伙）<br>私募基金 | - | - | - | 2022-10-31 |
| 21 | + | 烟台芯云石投资合伙企业（有限合伙） | - | - | - | 2022-10-31 |
| 22 | + | 广东跃傲吉盛私募股权投资合伙企业（有限合伙）<br>私募基金 | - | - | - | 2023-12-22 |
| 23 | + | 深圳聚源芯创私募股权投资基金合伙企业（有限合伙）<br>私募基金 | - | - | - | 2022-10-31 |
| 24 | + | 上海海岫管理咨询合伙企业（有限合伙） | - | - | - | 2021-11-29 |
| 25 | + | 嘉兴融晞创业投资合伙企业（有限合伙）<br>私募基金 | - | - | - | 2022-10-31 |
| 26 | + | 无锡轻舟赢智创业投资合伙企业（有限合伙） | - | - | - | 2022-10-31 |
| 27 | + | 嘉兴智渤创业投资合伙企业（有限合伙）<br>私募基金 | - | - | - | 2023-12-22 |
| 28 | + | 广东跃傲盛芯私募股权投资合伙企业（有限合伙）<br>私募基金 | - | - | - | 2023-12-22 |
| 29 | + | 嘉兴融致创业投资合伙企业（有限合伙）<br>私募基金 | - | - | - | 2023-12-22 |
| 30 | + | 广东跃傲盛吉私募股权投资合伙企业（有限合伙）<br>私募基金 | - | - | - | 2022-10-31 |
| 31 | + | 温州润芯创业投资基金合伙企业（有限合伙）<br>私募基金 | - | - | - | 2023-12-22 |
| 32 | + | 上海盛麟投资有限公司 | - | - | - | 2023-12-22 |
| 33 | + | 上海祥禾涌骏股权投资合伙企业（有限合伙）<br>私募基金 | - | - | - | 2023-12-22 |
| 34 | + | 扬州定航臻盛股权投资合伙企业（有限合伙）<br>私募基金 | - | - | - | 2022-10-31 |
| 35 | + | 苏州聚源振芯股权投资合伙企业（有限合伙）<br>私募基金 | - | - | - | 2022-10-31 |
| 36 | + | 淄博中成维康股权投资合伙企业（有限合伙）<br>私募基金 | - | - | - | 2023-12-22 |

**主要人员**

**主要人员 10**　历史主要人员 8

| 序号 | 姓名 | 职务 | 持股比例 | 个人简介 |
|---|---|---|---|---|
| 1 | 项习飞 18<br>法定代表人　受益所有人 | 董事长兼总经理 | - | - |
| 2 | 张昕 | 董事 | - | - |
| 3 | 袁以沛 15 | 董事 | - | 详情 |
| 4 | 王溯 10 | 董事 | - | 详情 |

| | | | | |
|---|---|---|---|---|
| 5 | KIM IK NYUN | 董事 | - | - |
| 6 | 王心然 14 | 董事 | - | 详情 |
| 7 | 徐慧勇 37 | 董事 | - | 详情 |
| 8 | 徐亦通 2 | 监事会主席 | - | - |
| 9 | 权英 | 监事 | - | - |
| 10 | KONG JAE YOUN | 监事 | - | - |

**对外投资**  图表分析                                                                                      企查查

**对外投资 12**   对外投资(间接) 8   历史对外投资 1               持股比例 ▼   登记状态 ▼   更多筛选 ▼   点击进行搜索

| 序号 | 被投资企业名称 | 状态 | 成立日期 | 持股比例 | 认缴出资额 | 最终受益股份 | 所属地区 | 所属行业 | 关联产品/机构 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 盛吉盛半导体技术（上海）有限公司 | 存续 | 2022-01-26 | 100% | 15000万元人民币 | 100% | 上海市浦东新区 | 科学研究和技术服务业 | - |
| 2 | 盛吉盛（宁波）智能设备有限公司 | 存续 | 2019-06-24 | 50% | 7500万元人民币 | 50% | 浙江省宁波市 | 制造业 | - |
| 3 | 盛吉盛半导体科技（无锡）有限公司 | 在业 | 2021-11-18 | 100% | 7000万元人民币 | 100% | 江苏省无锡市 | 科学研究和技术服务业 | - |
| 4 | 盛吉盛半导体科技（北京）有限公司 | 存续 | 2021-03-10 | 100% | 6000万元人民币 | 100% | 北京市大兴区 | 科学研究和技术服务业 | - |
| 5 | 盛吉盛精密技术（宁波）有限公司 | 存续 | 2020-10-12 | 100% | 6000万元人民币 | 100% | 浙江省宁波市 | 制造业 | - |
| 6 | 盛吉盛精密制造（绍兴）有限公司 | 存续 | 2021-03-25 | 35.3675% | 2250万元人民币 | 35.4247% | 浙江省绍兴市 | 制造业 | - |
| 7 | 盛吉盛精密装备（上海）有限公司 | 存续 | 2022-12-05 | 36% | 2160万元人民币 | 36.1456% | 上海市浦东新区 | 科学研究和技术服务业 | - |
| 8 | 友上智能科技（苏州）有限公司 | 存续 | 2017-12-22 | 29.3604% | 1844万元人民币 | 29.4148% | 江苏省苏州市 | 科学研究和技术服务业 | 友上智能 |
| 9 | 新阳硅密（上海）半导体技术有限公司  B轮 | 存续 | 1999-07-01 | 12.7907% | 1100万元人民币 | 12.7907% | 上海市松江区 | 制造业 | 新阳硅密 |
| 10 | 上海芯润新企业管理有限公司 | 存续 | 2023-07-12 | 16% | 480万元人民币 | 16% | 上海市浦东新区 | 租赁和商务服务业 | - |

1  2  >

**控制企业 5**                                         批量查询以下企业 ▶   投资比例 ▼   所属地区 ▼   所属行业 ▼   企查查

| 序号 | 控制企业名称 | 状态 | 成立日期 | 所属地区 | 所属行业 | 投资比例 |
|---|---|---|---|---|---|---|
| 1 | 盛吉盛半导体技术（上海）有限公司 | 存续 | 2022-01-26 | 上海市浦东新区 | 科学研究和技术服务业 | 100% |
| 2 | 盛吉盛半导体科技（无锡）有限公司 | 在业 | 2021-11-18 | 江苏省无锡市 | 科学研究和技术服务业 | 100% |
| 3 | 盛吉盛半导体科技（北京）有限公司 | 存续 | 2021-03-10 | 北京市大兴区 | 科学研究和技术服务业 | 100% |
| 4 | 盛吉盛精密技术（宁波）有限公司 | 存续 | 2020-10-12 | 浙江省宁波市 | 制造业 | 100% |
| 5 | 盛吉盛（上海）半导体科技有限公司 | 存续 | 2019-08-20 | 上海市浦东新区 | 科学研究和技术服务业 | 100% |

**变更记录 36**                                                                      全部类型 ▼   企查查

| 序号 | 变更日期 | 变更项目 | 变更前 | 变更后 | |
|---|---|---|---|---|---|
| 1 | 2024-04-28 | 高级管理人员备案（董事、监事、经理等） 带有*标记的为法定代表人 | 姓名: 张昕; 证件号码: ******; 职位: 董事 姓名: 权英; 证件号码: ******; 职位: 监事 姓名: KIM IK NYUN; 证件号码: ******; 职位: 董事 姓名: KONG JAE YOUN; 证件号码: ******; 职位: 监事 姓名: 袁以沛; 证件号码: ******; 职位: 董事 | 姓名: 张昕; 证件号码: ******; 职位: 董事 姓名: 权英; 证件号码: ******; 职位: 监事 姓名: KIM IK NYUN; 证件号码: ******; 职位: 董事 姓名: KONG JAE YOUN; 证件号码: ******; 职位: 监事 姓名: 袁以沛; 证件号码: ******; 职位: 董事 | |

| 序号 | 日期 | 变更项目 | 变更前 | 变更后 |
|---|---|---|---|---|
| 2 | 2023-12-22 | 注册资本变更（注册资金、资金数额等变更） | 10227.6601万美元 | 12222.0052万美元（+1994.3451万美元） |
| 3 | 2023-12-22 | 章程备案 | 详见公司章程修正案。 | 详见公司章程修正案。 |
| 4 | 2023-12-22 | 投资人变更（包括出资额、出资方式、出资日期、投资人名称等） | 企业名称: TRIPLECORES KOREA CO.,LTD.; 出资额: ***.****万; 百分比: *.****%<br>企业名称: 嘉兴融晞创业投资合伙企业（有限合伙）; 出资额: ***.****万; 百分比: *.****%<br>企业名称: 芯鑫融资租赁有限任公司; 出资额: ***.**** ⌄ | 企业名称: TRIPLECORES KOREA CO.,LTD.; 出资额: ***.****万; 百分比: *.****%<br>企业名称: 嘉兴融晞创业投资合伙企业（有限合伙）; 出资额: ***.****万; 百分比: *.****%<br>企业名称: 芯鑫融资租赁有限任公司; 出资额: ***.*** ⌄ |
| 5 | 2023-05-25 | 其他事项备案 | - | - |
| 6 | 2023-05-25 | 联络员备案 | 原联络人员证件号码:******<br>原联络员电子邮箱:<br>原联络员固定电话:<br>原联络员身份证件类型:中华人民共和国居民身份证<br>原联络员移动电话:****** | 现联络人员证件号码:******<br>现联络员电子邮箱:Erica_Zhan@sgssemi.com<br>现联络员固定电话:<br>现联络员身份证件类型:中华人民共和国居民身份证<br>现联络员姓名:詹丽霞 ⌄ |
| 7 | 2023-05-25 | 高级管理人员备案（董事、监事、经理等）<br>带有*标记的为法定代表人 | 姓名: 张昕; 证件号码: ******; 职位: 董事<br>姓名: 权英; 证件号码: ******; 职位: 监事<br>姓名: KIM IK NYUN; 证件号码: ******; 职位: 董事<br>姓名: KONG JAE YOUN; 证件号码: ******; 职位: 监事<br>姓名: 袁以沛; 证件号码: ******; 职位: 董事 | 姓名: 张昕; 证件号码: ******; 职位: 董事<br>姓名: 权英; 证件号码: ******; 职位: 监事<br>姓名: KIM IK NYUN; 证件号码: ******; 职位: 董事<br>姓名: KONG JAE YOUN; 证件号码: ******; 职位: 监事<br>姓名: 袁以沛; 证件号码: ******; 职位: 董事 |
| 8 | 2022-10-31 | 注册资本变更（注册资金、资金数额等变更） | ****.**** | *****.**** |
| 9 | 2022-10-31 | 章程备案 | 详见公司章程修正案。 | 详见公司章程修正案。 |
| 10 | 2022-10-31 | 投资人变更（包括出资额、出资方式、出资日期、投资人名称等） | 企业名称: TRIPLECORES KOREA CO.,LTD.; 出资额: ***.****万; 百分比: **.****%<br>企业名称: 芯鑫融资租赁有限任公司; 出资额: ***.****万; 百分比: **.****%<br>企业名称: 宁波芯空间盛芯投资合伙企业（有限合伙）; ⌄ | 企业名称: TRIPLECORES KOREA CO.,LTD.; 出资额: ***.****万; 百分比: *.****%<br>企业名称: 芯鑫融资租赁有限任公司; 出资额: ***.****万; 百分比: *.****%<br>企业名称: 宁波芯空间盛芯投资合伙企业（有限合伙）; ⌄ |

1  2  3  4  >

## 分支机构 3

| 序号 | 企业名称 | 负责人 | 地区 | 成立日期 | 状态 |
|---|---|---|---|---|---|
| 1 | 盛吉盛（宁波）半导体科技有限公司沈阳分公司 | 项习飞 18 | 辽宁省沈阳市浑南区 | 2022-12-07 | 存续 |
| 2 | 盛吉盛（宁波）半导体科技有限公司北京分公司 | 项习飞 18 | 北京市大兴区 | 2021-05-19 | 注销 |
| 3 | 盛吉盛（宁波）半导体科技有限公司上海分公司 | 项习飞 18 | 上海市浦东新区 | 2018-05-17 | 注销 |

## 企业年报 5

| 2022年度报告 | 2021年度报告 | 2020年度报告 | 2019年度报告 | 2018年度报告 |
|---|---|---|---|---|
| 2023-06-16 | 2022-06-10 | 2021-06-22 | 2020-06-11 | 2019-06-11 |

## 工商自主公示 20

### 股东及出资信息 10

该信息由该企业提供，企业对其报送信息的真实性、合法性负责

| 序号 | 股东(发起人) | 持股比例 | 认缴出资额(万美元) | 认缴出资日期 | 实缴出资额(万美元) | 实缴出资日期 | 内容 |
|---|---|---|---|---|---|---|---|
| 1 | 中芯国际控股有限公司 | - | 1016.6667 | 2021-11-29 | 1016.6667 | 2021-11-29 | 详情 |
| 2 | TRIPLECORES KOREA CO.,LTD. | - | 847.2223 | 2021-11-29 | 847.2223 | 2021-11-29 | 详情 |
| 3 | 芯鑫融资租赁有限任公司 | - | 847.2223 | 2021-11-29 | 847.2223 | 2021-11-29 | 详情 |
| 4 | 天津吉芯管理咨询合伙企业(有限合伙) | - | 833.3333 | 2021-11-29 | 464.7657 | 2021-11-29 | 详情 |
| 5 | 上海新阳半导体材料股份有限公司 | - | 722.1553 | 2021-11-29 | 722.1553 | 2021-11-29 | 详情 |
| 6 | 宁波芯空间盛芯投资合伙企业(有限合伙) | - | 677.7778 | 2021-11-29 | 677.7778 | 2021-06-29 | 详情 |
| 7 | 上海聚源聚芯集成电路产业股权投资基金中心(有限合伙) | - | 583.33 | 2021-11-29 | 583.33 | 2021-11-29 | 详情 |
| 8 | 天津吉盛管理咨询合伙企业(有限合伙) | - | 500.0 | 2021-11-29 | 0 | 2021-11-29 | 详情 |
| 9 | 青岛吉星股权投资合伙企业(有限合伙) | - | 405.0903 | 2021-11-29 | 405.0903 | 2021-11-29 | 详情 |
| 10 | 天津吉密管理咨询合伙企业(有限合伙) | - | 376.9231 | 2021-11-29 | 376.9231 | 2021-11-29 | 详情 |

### 股权变更信息 10

该信息由该企业提供，企业对其报送信息的真实性、合法性负责

| 序号 | 股东(发起人) | 变更前股权比例 | 变更后股权比例 | 股权变更日期 | 公示日期 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | 上海新阳半导体材料股份有限公司 | 12.8969% | 10.6048% | 2021-11-29 | 2022-06-10 |
| 2 | 青岛吉星股权投资合伙企业(有限合伙) | 7.2345% | 5.9487% | 2021-11-29 | 2022-06-10 |
| 3 | 芯鑫融资租赁有限责任公司 | 15.1304% | 12.4414% | 2021-11-29 | 2022-06-10 |
| 4 | 宁波芯空间盛芯投资合伙企业(有限合伙) | 12.1043% | 9.9531% | 2021-11-29 | 2022-06-10 |
| 5 | TRIPLECORES KOREA CO.,LTD. | 15.1304% | 12.4414% | 2021-11-29 | 2022-06-10 |
| 6 | 上海聚源聚芯集成电路产业股权投资基金中心(有限合伙) | 10.4176% | 8.5661% | 2021-11-29 | 2022-06-10 |
| 7 | 天津吉芯管理咨询合伙企业(有限合伙) | 0% | 12.2374% | 2021-11-29 | 2022-06-10 |
| 8 | 中芯国际控股有限公司 | 18.1565% | 14.9296% | 2021-11-29 | 2022-06-10 |
| 9 | 天津吉密管理咨询合伙企业(有限合伙) | 0% | 5.5351% | 2021-11-29 | 2022-06-10 |
| 10 | 天津吉盛管理咨询合伙企业(有限合伙) | 8.9294% | 7.3424% | 2021-06-29 | 2022-06-10 |

## 协同股东



## 疑似关系 11

| 序号 | 企业名称 | 法定代表人/负责人 | 注册资本 | 成立日期 | 疑似关联类型 | 疑似关联类型详情 |
|---|---|---|---|---|---|---|
| 1 | 盛吉盛半导体技术（上海）有限公司 | 项习飞 | 15000万元人民币 | 2022-01-26 | 相同电话 | 021-68009217 |
| 2 | 盛吉盛精密技术（宁波）有限公司 | 项习飞 | 6000万元人民币 | 2020-10-12 | 相同电话 | 021-68009217<br>0574-68827930 |
| 3 | 上海廿井管理咨询合伙企业（有限合伙） | 瞿明波 | 2000万元人民币 | 2020-01-06 | 相同电话 | 18049722940 |
| 4 | 上海三理投资管理有限公司 | 孙金娥 | 1000万元人民币 | 2015-08-26 | 相同电话 | 18049722940 |
| 5 | 上海互羽文化传媒有限公司 | 瞿明波 | 510万元人民币 | 2011-06-14 | 相同电话 | 18049722940 |
| 6 | 克尔司半导体设备（上海）有限公司 | IK NYUN KIM | 360.03万元人民币 | 2009-03-10 | 相同电话 | 021-68009217 |
| 7 | 上海骑速文化传播有限公司 | 何佳蓓 | 300万元人民币 | 2014-09-18 | 相同电话 | 18049722940 |
| 8 | 盛吉盛（上海）半导体科技有限公司 | 项习飞 | 300万元人民币 | 2019-08-20 | 相同电话 | 18049722940 |
| | | | | | 相同邮箱 | Ann_jin@sgssemi.com |
| 9 | 富垿汇文化传播（上海）有限公司 | 罗婷婷 | 100万元人民币 | 2020-06-18 | 相同电话 | 18049722940 |
| 10 | 如皋光影文化传媒有限公司 | 曹凯然 | 100万元人民币 | 2015-04-14 | 相同电话 | 18049722940 |

1  2  >

## 同业分析

| 注册资本 | 注册资本-全国 | 注册资本-本省 |
|---|---|---|
| | 该企业属于 **研究和试验发展**，全国同行企业 **152万家**；<br>该企业注册资本为 **12222.0052万美元**，超过全国 **99%** 的同行企业。 | 该企业属于 **研究和试验发展**，本省 (浙江) 同行企业 **8万家**；<br>该企业注册资本为 **12222.0052万美元**，超过本省 **99%** 的同行企业。 |



数据来源：国家企业信用信息公示系统、全国建筑市场监管公共服务平台等。

**宁波相关企业**　　热门推荐企业

| 宁波汝贤股权投资合伙... | 宁波迅发开发建设有限... | 浙江华厦伟业控股有限... | 宁波梅山保税港区策然... | 宁波荣华投资合伙企业... |
| 蒋海龙 | 陈星 | 郑小成 | 郭如意 | 李海芝 |

| 浙江万道农业科技有限... | 宁波万基建设有限公司 | 宁波树泽资产管理有限... | 宁波创芯创智创业投资... | 浙江物产伟天能源有限... |
| 于丽丽 | 孙建达 | 方华法 | 中仁朗润（青岛）企业... | 俞恬 |