1  WILLIAM J. FRIMEL (Bar No. 160287)
2  Seubert Frimel & Warner LLP
   1075 Curtis Street
3  Menlo Park, CA  94025
   Tel:  650.322.3048
4  Fax:  650.833.2976
   bill@sffwlaw.com
5

6  Attorneys for Defendants
   CAPITAL ASSET EXCHANGE & TRADING LLC,
7  CAE ONLINE LLC, RYAN JACOB, and JEFFREY
   ROBBINS
8

9  **UNITED STATES DISTRICT COURT**

10

11 **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| SEMICONDUCTOR GLOBAL SOLUTIONS, | Case No. 4:25-cv-04075-HSG |
| Plaintiff, | **DECLARATION OF WILLIAM J. FRIMEL IN SUPPORT OF MOTION BY DEFENDANTS CAPITAL ASSET EXCHANGE & TRADING LLC, CAE ONLINE LLC, RYAN JACOB, AND JEFFREY ROBBINS TO STAY ACTION PENDING DETERMINATION BY OFFICE OF FOREIGN ASSETS CONTROL** |
| v. | |
| CAPITAL ASSET EXCHANGE & TRADING LLC; CAE ONLINE LLC; RYAN FRANZKE JACOB, individually; and JEFFREY SCOTT ROBBINS, individually, | |
| Defendants. | Hearing Date:  July 31, 2025<br>Hearing Time:  2:00 p.m.<br>Courtroom:  2<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

**DECLARATION OF WILLIAM J. FRIMEL**

1. I am lead counsel for Defendants Capital Asset Exchange & Trading LLC, CAE Online LLC, Ryan Jacob and Jeffrey Robbins (collectively, "Defendants") in the above-referenced action.

2. The parties to this action have not yet served discovery.

3. The pleadings are not yet settled in this action, as Defendants' motion to partially dismiss Plaintiff Semiconductor Global Solutions' First Amended Complaint is set to be heard on July 31, 2025.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 28, 2025        /s/ William J. Frimel

WILLIAM J. FRIMEL
Attorneys for Defendants
CAPITAL ASSET EXCHANGE & TRADING LLC, CAE ONLINE LLC, RYAN JACOB, and JEFFREY ROBBINS