1  WILLIAM J. FRIMEL (Bar No. 160287)
   Seubert Frimel & Warner LLP
2  1075 Curtis Street
3  Menlo Park, CA 94025
   Tel: 650.322.3048
4  Fax: 650.833.2976
   bill@sffwlaw.com
5

6  Attorneys for Defendants
   CAPITAL ASSET EXCHANGE & TRADING LLC,
7  CAE ONLINE LLC, RYAN JACOB, and JEFFREY
   ROBBINS
8

9                     **UNITED STATES DISTRICT COURT**

10

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12
   SEMICONDUCTOR GLOBAL                  Case No. 4:25-cv-04075-HSG
13 SOLUTIONS,
                                          **[PROPOSED] ORDER GRANTING**
14           Plaintiff,                   **MOTION BY DEFENDANTS CAPITAL**
                                          **ASSET EXCHANGE & TRADING LLC,**
15     v.                                 **CAE ONLINE LLC, RYAN JACOB, AND**
                                          **JEFFREY ROBBINS TO STAY ACTION**
16 CAPITAL ASSET EXCHANGE &               **PENDING DETERMINATION BY OFFICE**
   TRADING LLC; CAE ONLINE LLC;           **OF FOREIGN ASSETS CONTROL**
17 RYAN FRANZKE JACOB, individually;
   and JEFFREY SCOTT ROBBINS,             Hearing Date: July 31, 2025
18 individually,                          Hearing Time: 2:00 p.m.
                                          Courtroom: 2
19           Defendants.                  Judge: Hon. Haywood S. Gilliam, Jr.

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING MOTION TO STAY**

The motion by Defendants Capital Asset Exchange & Trading LLC ("CAET"), CAE Online LLC, Ryan Jacob, and Jeffrey Robbins (collectively, "Defendants") to stay this action pending the determination by the United States Treasury Department's Office of Foreign Assets Control ("OFAC") regarding CAET's application for a license to refund the payment at issue in this action by Plaintiff Semiconductor Global Solutions ("SGS") came on regularly for a hearing in the above-entitled Court on July 31, 2025.

Having considered the papers and arguments presented by Defendants and SGS regarding the foregoing motion, and good cause appearing, it is hereby ORDERED that this action shall be STAYED until such time as CAET receives a determination by OFAC regarding CAET's application for a license to refund the payment by SGS at issue in this action.

IT IS SO ORDERED.

Dated: _____     _____
  Hon. Haywood S. Gilliam, Jr.
  United States District Judge