United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR GLOBAL SOLUTIONS, | Case No. 25-cv-04075-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| CAPITAL ASSET EXCHANGE AND TRADING, LLC, et al., | |
| Defendants. | |

A case management conference was held on June 23, 2026. Having considered the parties' proposal, *see* Dkt. No. 67, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | August 31, 2026 |
| Exchange of Opening Expert Reports | December 8, 2026 |
| Exchange of Rebuttal Expert Reports | January 8, 2027 |
| Close of Fact Discovery | January 11, 2027 |
| Close of Expert Discovery | February 8, 2027 |
| Deadline to File Dispositive and *Daubert* Motions | February 22, 2027 |
| Deadline to File Oppositions to Dispositive and *Daubert* Motions | March 15, 2027 |
| Deadline to File Replies to Dispositive and *Daubert* Motions | March 29, 2027 |
| Dispositive and *Daubert* Motions Hearing Deadline | April 8, 2027, at 2:00 p.m. |

| Pretrial Conference | July 13, 2027, at 3:00 p.m. |
| Bench Trial (4 days) | August 2, 2027, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This terminates Dkt. No. 67.

**IT IS SO ORDERED.**

Dated:  7/8/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2